Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 20−12776−VFP
                                        Chapter: 13
                                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur Robert Babcock
   160 Clove Road
   Montague, NJ 07827

Social Security No.:
   xxx−xx−7134

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/30/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 30, 2020
JAN: mcp

                                                                                  Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Robert Babcock  
      Debtor

Case No. 20-12776-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 30, 2020  
                       Form ID: 148     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
```
db             +Arthur Robert Babcock,    160 Clove Road,    Montague, NJ 07827-3412
518720676       Ditech,    PO Box 15009,    Tempe AZ 85284-0109
518814477       Federal National Mortgage Association,    c/o NewRez LLC dba ShellPoint Mortgage S,
                 PO Box 10826,    Greenville, SC 29603-0826
518720677      +Jersey Central,    Power & Light,    PO box 16001,    Reading, PA 19612-6001
518833942      +Jersey Central Power,    & Light,    101 Crawford's Corner Rd.,    Bldg 1 Suite 1-511,
                 Holmdel, New Jersey 07733-1976
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 01 2020 02:56:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 01 2020 02:56:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518800056       EDI: JEFFERSONCAP.COM Jul 01 2020 06:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
```
                                                                                                                                                                                 TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                                                                                                                                                          TOTAL: 3